TONGATE *v.* KEARBY.

Nov. Term,
1860.

APPEAL from the *Orange* Common Pleas.

*Per Curiam.*—This case is before us on the evidence; no other question being raised, except as to its sufficiency to sustain the verdict and the judgment. Upon looking into the evidence, we are satisfied that it is amply sufficient; hence the judgment must be affirmed.

The judgment below is affirmed, with 5 per cent. damages and costs.

*A. J. Simpson,* for appellant.

*J. Payne* and *J. Cox,* for appellee.